UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK EDWARD WALKER                                CIVIL ACTION

VERSUS                                            NO. 12-1518

MEGHAN GARVEY                                     SECTION:  C (5)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.[1]

Accordingly,

IT IS ORDERED that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

---

[1] On June 27, 2012, the petitioner requested an additional 14 day period to respond to the Magistrate Judge's Report and Recommendation and also to order the FBI to seize all the records of the case. Over 21 days have passed since that time and no objections have been filed. The Court likewise declines to order the seizure of any records.

IT IS FURTHER ORDERED that plaintiff's § 1983 claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 19th day of July, 2012.

                                                    HELEN G. BERRIGAN
                                                  UNITED STATES DISTRICT JUDGE